UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond DIVISION

Dassault Systemes SolidWorks Corporation

vs.

Thermal Gradient Inc., et al.

Civil/Criminal Action No. 3:23-cv-00418

# FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Dassault Systemes SolidWorks Corporation in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

Dassault Aviation and Immobilier Dassault are publicly traded affiliates of Dassault Systemes, SE; Dassault Systemes, SE is a publicly traded affiliate of Dassault Systemes SolidWorks Corporation.

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____ in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for _____ in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

6/27/2023
Date

/s/ Cortland C. Putbrese
Signature of Attorney or Litigant
Counsel for Dassault Systemes SolidWorks Corporation

Rev. 03/12/19